## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Shirley M Upshur** | : | **Case No.: 19-14577** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A.,

its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued

in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-031924_PS

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Shirley M Upshur** | : | **Case No.: 19-14577** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brandon J. Perloff, Attorney for Shirley M Upshur, 1429 Walnut Street Suite 701, Philadelphia, PA 19102, bperloff@kminjurylawyers.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 30 , 2019:

Shirley M Upshur, 1935 S. 21st Street, Philadelphia, PA 19145

Shirley M Upshur and Charles E Upshur, 1935 South 21st Street, Philadelphia, PA 19145

DATE:   August 30, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-031924_PS