## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shirley M Upshur<br>                Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                Movant<br>vs. | NO. 19-14577 MDC |
| Shirley M Upshur<br>                Debtor(s) | |
| William C. Miller Esq.<br>                Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 TOYOTA RAV4, VIN: JTMRFREV9JD233058 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th day of September, 2019.

                                                      _Magdeline D. Coleman_
                                                      Magdeline D. Coleman
cc: See attached service list                        Chief United States Bankruptcy Judge

Shirley M Upshur
1935 S. 21st Street
PHILADELPHIA, PA 19145

Brandon J Perloff,
Kwartler Manus, LLC
1429 Walnut Street
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532