**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Shirley M Upshur | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO.: 19-14577-MDC |

**CERTIFICATE OF SERVICE**

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's First Amended Chapter 13 Plan have been served upon the following interested parties this 15th day of January, 2020.

cc:    **Electronically mailed to:**
WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

KARINA VELTER on behalf of Creditor WELLS FARGO BANK, N.A.
amps@manleydeas.com

**Sent via first class mail to:**
Shirley M Upshur
1935 S. 21st Street
Philadelphia, PA 19145

Water Revenue Bureau
Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595
(per FRBP 2002(g))

Respectfully submitted,

  /s/ Brandon Perloff
Brandon Perloff, Esq.
Kwartler Manus, LLC
1429 Walnut Street, Ste 701
Philadelphia, PA 19102