IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| **Shirley M Upshur** | : | |
| Debtor | : | BANKRUPTCY NO.: 19-14577-MDC |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Brandon Perloff, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for February 20, 2020, in the above-referenced case:

1. The above-named debtors will be able to make all payments under the plan and comply with the plan.

2. The above named debtors have paid all post-petition amounts that are to be paid under any and all Domestic Support Obligations.

3. The above named debtors have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of the debtor, counsel certifies that debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 2/18/2020         BY:   */s/ Brandon Perloff*
                               BRANDON PERLOFF, ESQUIRE
                               Attorney for the Debtor