IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                      :
                                            :     Chapter 13
    SHIRLEY M. UPSHUR,              :
                                            :     Bankruptcy No. 19-14577 (MDC)
                    Debtor.      :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE AMENDED PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Amended Plan Docket #30 filed by the City of Philadelphia on February 6, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: February 19, 2020      By:   */s/ Pamela Elchert Thurmond*
                                                   PAMELA ELCHERT THURMOND
                                                   Deputy City Solicitor
                                                   PA Attorney I.D. 202054
                                                   City of Philadelphia Law Department
                                                   1401 JFK Blvd., 5th Floor
                                                   Philadelphia, PA  19102-1595
                                                   215-686-0508 (phone)
                                                   215-686-0588 (facsimile)
                                                   Email: Pamela.Thurmond@phila.gov