**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
   Shirley M Upshur,                                                 **Chapter 13**
   Debtor.

                                                                                      **Bky No.: 19-14577-mdc**

**CERTIFICATION OF NO RESPONSE**
**TO APPLICATION FOR COMPENSATION**

     I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after the APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all interested parties on 2/10/2020; neither an objection to the proposed compensation nor an application for any other administrative expenses has been filed.

     WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                                                                                   Respectfully submitted,

Date: March 24, 2020                                    /s/ Brandon Perloff, Esq.
                                                                                Brandon Perloff, Esquire
                                                                                 1429 Walnut Street, Suite 701
                                                                                Philadelphia, PA 19102
                                                                                267-457-5570
                                                                                Attorney for the Debtor