United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shirley M Upshur  
    Debtor

Case No. 19-14577-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Mar 27, 2020  
                     Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db          +Shirley M Upshur,    1935 S. 21st Street,    Philadelphia, PA 19145-2821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:

         BRANDON J PERLOFF    on behalf of Debtor Shirley M Upshur bperloff@kmfirm.com,  
          kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net  
         KARINA    VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,  
          karena.blaylock@phila.gov  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                    TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shirley M Upshur
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−14577−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 26, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

42
Form 155