**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

      13

**Shirley M Upshur**

      Bky No. 19-14577-MDC

    Debtor

**ORDER**

**AND NOW,** this 9th day of April 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant and counsel for the debtor, and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,250.00 less $617.00 already paid with a remaining balance of **$3,633.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

BY THE COURT:

_____
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

**CC:** **Brandon Perloff, Esq.**
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Shirley M Upshur
1935 S. 21st Street
Philadelphia, PA 19145