# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Shirley M Upshur | : | Case No.: 19-14577 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-031924_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 19-14577 |
| **Shirley M Upshur** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Shirley M Upshur** | : |
| **Charles E Upshur** | : |
| | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Brandon J Perloff, Attorney for Shirley M Upshur, 415 S. Broad Street, Unit 2R, Philadelphia, PA  19147, bperloff@perlofflaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Shirley M Upshur, 1935 S. 21st Street, Philadelphia, PA  19145

Shirley M Upshur and Charles E Upshur, 1935 South 21st Street, Philadelphia, PA  19145

DATE: <u>March 9, 2021</u>

<u>/s/ Sarah E. Barngrover</u><br>
Sarah E. Barngrover, Esquire (323972)

19-031924_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-031924_PS