Certificate Number: 12433-PAE-DE-038082276

Bankruptcy Case Number: 19-14577



12433-PAE-DE-038082276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2024, at 9:17 o'clock PM EST, Shirley M. Upshur completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 9, 2024               By:    /s/Lisa Susoev

                                       Name:  Lisa Susoev

                                       Title: Teacher