United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shirley M Upshur  
    Debtor

Case No. 19-14577-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 23, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley M Upshur, 1935 S. 21st Street, Philadelphia, PA 19145-2821 |
| 14360475 | + | Independence, 1901 Market Street, Philadelphia, PA 19103-1475 |
| 14360476 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14360479 | ++++ | PETRO HOME SERVICES, 9 W BROAD ST STE 430, STAMFORD CT 06902-3764 address filed with court:, Petro Home Services, 9 West Broad St., 3rd Floor, Stamford, CT 06902 |
| 14360480 | + | Petro Home services, 1000 Woodbury Road, Suite 110, Woodbury, NY 11797-2530 |
| 14360481 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadelphia, PA 19107-3619 |
| 14376031 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14360488 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14382855 | + | WELLS FARGO BANK, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14533165 | | WELLS FARGO BANK, N.A., c/o Jerome Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14360468 | + | Email/Text: amscbankruptcy@adt.com | Jan 24 2024 00:23:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 14383765 | + | Email/Text: amscbankruptcy@adt.com | Jan 24 2024 00:23:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora CO 80014-3541 |
| 14360469 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2024 00:23:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14360470 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2024 00:23:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14363310 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 00:31:57 | Brandon Regional Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14360471 | | Email/PDF: HCABKNotifications@resurgent.com | Jan 24 2024 00:31:52 | Brandon Regional Hospital, PO Box 740743, Cincinnatio, OH 45274-0743 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 14448003 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | CITY OF PHILADELPHIA, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14432450 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14360472 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Catherines/Comenity, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14360473 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14360474 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:32:04 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 14360478 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 24 2024 00:23:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14360483 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14360484 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14449818 | + | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14360485 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2024 00:23:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14360486 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2024 00:23:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14370365 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 24 2024 00:23:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14457421 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 00:32:05 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14360487 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Wells Fargo Bank, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 14360489 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:32:04 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14383643 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:31:52 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14366331 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:31:51 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14389977 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:31:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14360490 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14360482 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia Water Department, Municipal Services Building, 1401 JFk Blvd., Philadelphia, PA 19102 |
| 14360477 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| BRANDON J PERLOFF | on behalf of Debtor Shirley M Upshur bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Shirley M Upshur
        Debtor(s)

Case No: 19−14577−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/23/24

63 − 62
Form 138OBJ